

# Monroe County
# Children and Youth Services

730 Phillips Street, Stroudsburg, Pennsylvania 18360-2224

(570) 420-3590    Fax (570) 420-3598

Exhibit #3

Adelaide W. Grace
Administrator

Stacie Gill
Asst. Administrator

May 12, 2021

Grace Smith
203 DORSET RD
TOBYHANNA, PA  18466

This letter is to inform you that our agency has completed its assessment of child abuse/neglect allegations concerning your child. At this time, there is no need for further involvement from our agency.

Thank you for your cooperation with our agency.
Sincerely,


Jorge Manteria
caseworker