J███ A███ Smith

Patient Health Summary, generated on Jun. 23, 2021

# Exhibit 4B

## Patient Demographics - Male; born Apr. 08, 2021

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| ███████ | ███████ | English - Written (Preferred) | White / Not Hispanic or Latino | Single |

## Note from St. Lukes University Health Network

This document contains information that was shared with Grace L Smith. It may not contain the entire record from St. Lukes University Health Network.

## Allergies

No Known Active Allergies

## Medications

No known medications

## Active Problems

**Term newborn delivered vaginally, current hospitalization** (Noted 4/9/2021)

███████

███████

## Results

### LAB RESULTS - Final result (05/11/2021 9:14 AM EDT)

| Narrative | Performed At |
|---|---|
| **This result has an attachment that is not available.** | |













## XR BABY CHEST - Final result (04/09/2021 11:50 AM EDT)
Specimen

Impressions                                                          Performed At
                                                                    ST LUKE'S UNIVERSITY
Question minimal asymmetric granular opacity on the right.  No consolidation.   HEALTH NETWORK

Workstation performed: PA2TD18036

Narrative                                                            Performed At
CHEST                                                               ST LUKE'S UNIVERSITY
                                                                    HEALTH NETWORK
INDICATION:  Pulse ox 87%.  Baby Boy (Grace) Smith is a 3175 g (7 lb) product at 38+1
weeks born by spontaneous vaginal delivery.

COMPARISON:  None

EXAM PERFORMED/VIEWS:  XR BABY CHEST  AP supine
Images: 2 (duplicate image re-windowed with line enhancement technique)

FINDINGS:

Cardiothymic silhouette appears unremarkable.

Perhaps minimal asymmetric granular opacity on the right.  No consolidation.

No discernible pneumothorax or layering pleural effusion on limited supine imaging.

Osseous structures appear within normal limits for patient age.

Procedure Note

**Interface, Radiology Results In - 04/10/2021 6:14 AM EDT**
Formatting of this note might be different from the original.
CHEST

INDICATION: Pulse ox 87%. Baby Boy (Grace) Smith is a 3175 g (7 lb) product at 38+1 weeks born by spontaneous vaginal delivery.

COMPARISON: None

EXAM PERFORMED/VIEWS: XR BABY CHEST AP supine
Images: 2 (duplicate image re-windowed with line enhancement technique)

FINDINGS:

Cardiothymic silhouette appears unremarkable.

Perhaps minimal asymmetric granular opacity on the right. No consolidation.

No discernible pneumothorax or layering pleural effusion on limited supine imaging.

Osseous structures appear within normal limits for patient age.

IMPRESSION:

Question minimal asymmetric granular opacity on the right. No consolidation.

Workstation performed: PA2TD18036

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| ST LUKE'S UNIVERSITY HEALTH NETWORK | 801 Ostrum St. | Bethlehem, PA 18015 | |

## Document Information

Service Providers

Document Coverage Dates

Apr. 08, 2021 - Jun. 23, 2021

Custodian Organization

**St. Lukes University Health Network**
484-526-5024 (Work)
801 Ostrum Street
Bethlehem, PA 18015



If you take your Lucy record on a thumb drive to a different doctor, he or she might be able to use his computer to read the file electronically. Your downloaded, machine-readable Personal Health Summary document is in a format called "CDA." If your doctor has a computer that understands CDA, your information is a folder on your thumb drive called **MachineReadable_XDMFormat**. You might need to enter a password before your doctor can use this file.

Summary of Care, generated on Jun. 23, 2021

## Patient Demographics - Male; born Apr. 08, 2021

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | Single |

## Note from St. Lukes University Health Network

This document contains information that was shared with Grace L Smith. It may not contain the entire record from St. Lukes University Health Network.

## Reason for Visit
### Auth/Cert

| Status | Reason | Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|---|---|
| | | | Diagnoses<br>Single liveborn infant, delivered vaginally | | |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 04/08/2021 - 04/12/2021 | Hospital Encounter | St. Luke's Hospital Anderson NICU<br>2200 St. Luke's Blvd<br>EASTON, PA 18045<br>484-503-2662 | **Jacobetz, Dianne, MD**<br>801 Ostrum Street<br>Bethlehem, PA 18015<br>484-526-4430<br>484-526-2196 (Fax)<br><br>**Schultz, Cynthia, MD**<br>1000 Haddonfield-Berlin Road<br>Suite 210<br>VOORHEES, NJ 08043<br>856-782-2212<br>856-782-2266 (Fax) |

## Allergies - documented as of this encounter (statuses as of 06/23/2021)
No Known Active Allergies

## Medications - documented as of this encounter (statuses as of 06/23/2021)
No known medications

## Active Problems - documented as of this encounter (statuses as of 06/23/2021)

| Problem | Noted Date |
|---|---|
| Term newborn delivered vaginally, current hospitalization | 04/09/2021 |

Birth information:
Date of birth: 4/8/2021
Time of birth: 11:12 PM
Sex: male
Delivery type: Vaginal, Spontaneous
Gestational Age: 38w1d

APGARS One minute Five minutes Ten minutes
Totals: 8 9

































## XR BABY CHEST - Final result (04/09/2021 11:50 AM EDT)
Specimen

| Impressions | Performed At |
|---|---|
| Question minimal asymmetric granular opacity on the right.  No consolidation. | ST LUKE'S UNIVERSITY HEALTH NETWORK |

Workstation performed: PA2TD18036

| Narrative | Performed At |
|---|---|
| CHEST | ST LUKE'S UNIVERSITY HEALTH NETWORK |

INDICATION:  Pulse ox 87%.  Baby Boy (Grace) Smith is a 3175 g (7 lb) product at 38+1 weeks born by spontaneous vaginal delivery.

COMPARISON:  None

EXAM PERFORMED/VIEWS:  XR BABY CHEST  AP supine
Images: 2 (duplicate image re-windowed with line enhancement technique)

FINDINGS:

Cardiothymic silhouette appears unremarkable.

Perhaps minimal asymmetric granular opacity on the right.  No consolidation.

No discernible pneumothorax or layering pleural effusion on limited supine imaging.

Osseous structures appear within normal limits for patient age.

Case 5:22-cv-03788-MMB   Document 12-3   Filed 12/13/22   Page 32 of 35

Procedure Note

**Interface, Radiology Results In - 04/10/2021 6:14 AM EDT**
Formatting of this note might be different from the original.
CHEST

INDICATION: Pulse ox 87%. Baby Boy (Grace) Smith is a 3175 g (7 lb) product at 38+1 weeks born by spontaneous vaginal delivery.

COMPARISON: None

EXAM PERFORMED/VIEWS: XR BABY CHEST AP supine
Images: 2 (duplicate image re-windowed with line enhancement technique)

FINDINGS:

Cardiothymic silhouette appears unremarkable.

Perhaps minimal asymmetric granular opacity on the right. No consolidation.

No discernible pneumothorax or layering pleural effusion on limited supine imaging.

Osseous structures appear within normal limits for patient age.

IMPRESSION:

Question minimal asymmetric granular opacity on the right. No consolidation.

Workstation performed: PA2TD18036

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| ST LUKE'S UNIVERSITY HEALTH NETWORK | 801 Ostrum St. | Bethlehem, PA 18015 | |





## Document Information

| Service Providers | | Document Coverage Dates |
|---|---|---|
| | | Apr. 08, 2021 - Apr. 12, 2021 |

### Custodian Organization

**St. Lukes University Health Network**
484-526-5024 (Work)
801 Ostrum Street
Bethlehem, PA 18015

| Encounter Providers | | Encounter Date |
|---|---|---|
| **MD Dianne Jacobetz, MD** (Attending) | **MD Cynthia Schultz, MD** (Attending, Admitting) | Apr. 08, 2021 - Apr. 12, 2021 |
| 484-526-4430 (Work) | 856-782-2212 (Work) | |
| 484-526-2196 (Fax) | 856-782-2266 (Fax) | |
| 801 Ostrum Street | 1000 Haddonfield-Berlin Road | |
| Bethlehem, PA 18015 | Suite 210 | |
| Pediatrics | VOORHEES, NJ 08043 | |
| | Pediatrics | |