Name: J███ A███ Smith | DOB: 4/8/2021 | MRN: ███████ | PCP:

**Exhibit 5**

# Note From Your Admission on 04/08/21 (J███)



Quick Note by Patrick Philpot, DO at 4/10/2021 5:42 PM

███████████████████████████████████ If MOB's behavior is inappropriate, she will not be allowed to visit the NICU until the baby is cleared for discharge by CYS.