| | |
|---|---|
| **From:** | Road to Somewhere <michaelosmithtutoringservice@gmail.com> |
| **Sent:** | Tuesday, December 13, 2022 1:52 PM |
| **To:** | PAED Documents |
| **Subject:** | Plaintiffs Response to Defendants' Motion to Dismiss - CASE NO. 5:22-cv-03788-MMB |
| **Attachments:** | Exhibit 1_Response Brief to Motions to Dismiss--Northampton and Monroe Counties_signed.pdf; Exhibit 4A_St Lukes MyChart - Hospital Admissions_4.9.21_807AM_NOTES_Redacted.pdf; Exhibit 3 _CYS Case Closed_ Letter.pdf; Exhibit 2_Any Lab Test Receipt and COC_Redacted.pdf; Exhibit 5_St Lukes MyChart - Hospital Admissions_JAS_4.10.21_Notes_Redacted.pdf; Response to Motions to Dismiss--Northampton and Monroe Counties_signed.pdf; Exhibit 4B_St Lukes My Health Summary_JAS_Redacted.pdf |

**CAUTION - EXTERNAL:**

Greetings:

Please find attached the Plaintiffs' Response to Defendants' Motion to Dismiss, along with 5 exhibits incorporated therein to be filed for Plaintiffs in case number 5:22-CV-03788.

Best regards,
Michael O. Smith

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.