**Any Lab test Now Allentown**
5924 Tilghman Street, Suite E
Allentown, PA  18104
610-398-8333
allentown@anylabtestnow.com

Sales Receipt

# Exhibit #2

| BILL TO |
|---|
| Grace Smith |

| SALES # | DATE |
|---|---|
| 5452 | 04/22/2021 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | ETX003 | 10 Panel Urine Drug Screen<br>Amphetamines<br>Methamphetamines<br>Barbiturates<br>Benzodiazepines<br>Cocaine metabolite<br>Methadone<br>Opiates<br>Phencyclidine (PCP)<br>Propoxyphene<br>THC metabolite (50 ng/ml)<br>30 ml urine, room temp | 1 | 299.00 | 299.00 |
| | | | TOTAL | | 299.00 |
| | | | BALANCE DUE | | $0.00 |

# ExperTox
drugs.alcohol.poisons.laboratory

1430 Center Street
Deer Park, TX 77536
1-877-XPERTOX • Ph: 281-476-4600 • Fax: 281-930-8532
www.expertox.com

**FORENSIC CHAIN OF CUSTODY AND CONTROL**

816357304631

**SPECIMEN ID #:** A239850

### Step 1 TO BE COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

**Client Information:**
Customer Info: _____   **ACCT: 001032**

Any Lab Test Now (Allentown)
4144 Tilghman Street
Allentown, PA 18102

Donor Identification Verified by: ☐ Photo ID   ☐ Employer Representative

**REASON FOR TEST:** ☐ Pre-Employment ☒ Random ☐ Post Incident/Accident ☐ Periodic ☐ Return to Duty ☐ Court Order ☐ Other_____

**Collection Site Address and phone numbers:**
Any Lab Test Now (Allentown)
4144 Tilghman Street
Allentown, PA 18102

Phone: (610)398-8333
Fax: (610)398-8334

### Step 2: COMPLETED BY COLLECTOR:

Urine Specimen Collection: ☐ Single ☐ Split ☐ None ☐ Witnessed _____
Read Temperature within 4 minutes. Is temperature between 90°F and 100°F? ☐ Yes   ☐ No (If No, please note in remarks)

Other Specimen Collection type: ☒ Hair ☐ Nails ☐ Oral Fluid ☐ Other Specify_____
Remarks: _____

### Step 3: COMPLETED BY DONOR:

Donor Name: GRACE SMITH    Donor SSN or ID# [redacted]

I authorize the collection of this specimen for the purpose of a drug screen. I acknowledge that the specimen container was sealed with tamper-proof seal in my presence, and the information provided on this form and on the label affixed to the specimen container is correct. I authorize the laboratory to release the results of the test to the company identified on this form.

X [signature]   484-894-9146   [initials]   4/22/21   03/06/1989
Donor Signature   Donor Phone #   Initials   Date (Mo/Day/Yr)   DOB (Mo/Day/Yr)

**Step 4:** Collector affixes tamper seal to sample container. Donor initials and dates seal. Collector initials and dates seal.
**Step 5:** CHAIN OF CUSTODY INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen identified on this form is the specimen presented to me by the donor, that it bears the same specimen identification as set forth above, and that it has been collected, labeled, and sealed in accordance with applicable forensic requirements.

X [signature]   9:20 AM
Signature of Collector   Time of Collection

Carol Ann Beittow   4/22/21
Print Collector's Name   Date (Mo/Day/Yr)

**To be completed as ordered by client or individual**
Test Menu:
___ 5 Panel Drug Test _____
☒ 10 Panel Drug Test _____
___ Alcohol ___ EtG ___ 5 Panel Heavy Metals_____
___ GC/MS Confirmation only for_____
___ Unknown Drug Scan ___ Unknown Chem/Tox
___ Miscellaneous Test _____

**SPECIMEN BOTTLES RELEASED TO:**

Received Lab:
X_____
Signature of Accessioner

Delivery Service transporting specimen to Lab

___/___/___
Print Name of Accessioner   Date (Mo/Day/Yr)

Specimen Seal Intact: ☐ Yes ☐ No
Remark_____

Copy 1 - Must Accompany Specimen to Laboratory   Copy 2 - for Collector   Copy 3 - MRO/Employer   Copy 4 - for Donor

---

| PEEL | A239850   A | PLACE ON SPECIMEN CONTAINER OR ENVELOPE TO SEAL | SPECIMEN SEAL [initials] Collector's Initials | 4/22/21 Date (Mo/Day/Yr) [initials] Donor's Initials |
| --- | --- | --- | --- | --- |
| PEEL | A239850   B (SPLIT) | PLACE ON SPECIMEN CONTAINER OR ENVELOPE TO SEAL | SPECIMEN SEAL [initials] Collector's Initials | 4/22/21 Date (Mo/Day/Yr) [initials] Donor's Initials |

COPY 1 - EXPERTOX

# ExperTox
### drugs.alcohol.poisons.laboratory

| | | | | |
|---|---|---|---|---|
| Client: **Any Lab Test Now-AllenTown, PA** | First Name: **Grace** | Test Name: **10 Panel Drug Screen** | Specid: **A239850** | |
| Addr: **4144 Tilghman Street** | Last Name: **Smith** | | Acc #: **211160047** | |
| **Allentown, PA 18102** | ID: | Profile: **HFR0100** | Collected: **4/22/2021 9:20 AM** | |
| Phone: **(610) 398-8333** | | | Received: **4/26/2021 1:27 PM** | |
| Contact: | Test Result **Positive** | Media: **Hair** | Released: **5/3/2021 3:29 PM** | |
| | | Reason: **Random** | Status: **Complete** | |

| Drug/Test | Lab Result | Confirm Value | Screen Cutoff | Confirm Cutoff | Confirm Type |
|---|---|---|---|---|---|
| MARIJUANA | | | | | |
|     delta 9-thc | **Positive** | **>100 pg/mg** | 1 pg/mg | 5 pg/mg | LCMSMS |
| AMPHETAMINE/MDA | | | | | |
|     amphetamine | **Positive** | **584 pg/mg** | 300 pg/mg | 200 pg/mg | LCMSMS |
| METHAMPHETAMINE/MDMA | Negative | | 300 pg/mg | 200 pg/mg | LCMSMS |
| OPIATES | Negative | | 200 pg/mg | 200 pg/mg | LCMSMS |
| COCAINE | Negative | | 300 pg/mg | 200 pg/mg | LCMSMS |
| PHENCYCLIDINE | Negative | | 300 pg/mg | 100 pg/mg | LCMSMS |
| BENZODIAZEPINES | Negative | | 500 pg/mg | 200 pg/mg | LCMSMS |
| BARBITURATES | Negative | | 500 pg/mg | 200 pg/mg | GCMS |
| METHADONE | Negative | | 500 pg/mg | 200 pg/mg | LCMSMS |
| PROPOXYPHENE | Negative | | 500 pg/mg | 200 pg/mg | LCMSMS |

**Test Comment:**

1.5" of head hair tested (Approximately 3 months timeframe)
Screen analysis by ELISA

This test is developed and validated by Expertox Laboratory. This is not a FDA approved test.

**Delta 9-THC Estimated at 1,035 pg/mg**



The preceding result has been reviewed and is certified to be as reported. <u>Brandon Cox</u> (Certifying Scientist) - ExperTox

Laboratory Director: Ernest D. Lykissa, Ph.D. CLIA # 45D0981447, ISO/IEC 17025:2017, CAP # 7202471 (Forensic), CAP # 7097801 (Clinical)

End of Report      Print Date: 5/3/2021 15:38:34      Page 1 of 1