Name: J███ A█ Smith | DOB: 4/8/2021 | MRN: ██████  PCP:

# Note From Your Admission on 04/08/21 (J████)

**Exhibit 4A**

H&P by Gilberto Izquierdo Santiago, MD at 4/9/2021  8:07 AM

**H&P Exam** - Newborn Nursery
Baby Boy (Grace) Smith 1 days male MRN: ██████
Unit/Bed#: LD 312(N) Encounter:

**Assessment/Plan**

**Assessment:**
Well newborn
**Plan:**
Routine care.

History of Present Illness
HPI:  Baby Boy (Grace) Smith is a 3175 g (7 lb) male born to a 32 y.o.  G7P4034 mother at
 Gestational Age: 38w1d.  Parents have no concerns. Breastfeeding 15-30 mins/session q2-3h.
Voiding well. Had bowel movement. Both parents insisting on going home today.

Delivery Information:
Route of delivery: Vaginal, Spontaneous.

| APGARS | One minute | Five minutes |
|---|---|---|
| **Totals:** | 8 | 9 |

ROM Date: 4/8/2021
ROM Time: 12:14 PM
Length of ROM: 10h 58m
Fluid Color: Clear



Perinatal complications: none.

**Birth information:**

| Date of birth: | 4/8/2021 |
|---|---|
| Time of birth: | 11:12 PM |
| Sex: | male |
| **Delivery type:** | Vaginal, Spontaneous |
| Gestational Age: 38w1d | |



Objective
**Vitals:**
Temperature: 97.7 °F (36.5 °C)
Pulse: 120
Respirations: 30
Length: 19" (48.3 cm)(Filed from Delivery Summary)
Weight: 3175 g (7 lb)(Filed from Delivery Summary)

**Physical Exam:**
**General Appearance:** Alert, active, no distress
**Head:** Normocephalic, AFOF
**Eyes:** Conjunctiva clear, +RR

**Ears:**  Normally placed, no anomalies
**Mouth:**  Palate intact
**Respiratory:**  No grunting, flaring, retractions, breath sounds clear and equal
**Cardiovascular:**  Regular rate and rhythm. No murmur. Adequate perfusion/capillary refill. Femoral pulses present
**Abdomen:**   Soft, non-distended, no masses, bowel sounds present
**Genitourinary:**  Normal male, testes descended, anus patent
**Spine:**  No hair tufts, dimples
**Musculoskeletal:**  Normal hips
**Skin/Hair/Nails:**   Skin warm, dry, and intact, no rashes
**Neurologic:**   Normal tone and reflexes

MyChart® licensed from Epic Systems Corporation © 1999 - 2020-TPK2